UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:20 CR 132-PPS/JPK |
| | ) |
| SAMUEL LEE STRICKLAND, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Samuel Lee Strickland's agreement to enter a plea of guilty to Count 1 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 39, 44.]  Following a hearing on the record on October 18, 2021 [DE 44], Judge Kolar found that defendant understands the charge, his rights, and the maximum penalty; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 1 of the indictment charging him with unlawful possession of a firearm as a felon, in violation of 18 U.S.C. § 922(g)(1); and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice.  Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Samuel Lee Strickland's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 44] in their entirety.

Defendant Samuel Lee Strickland is adjudged GUILTY of Count 1 of the indictment.

The sentencing hearing is SET for February 15, 2022, at 8:30 a.m. Hammond/Central time.

ENTERED: November 4, 2021.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT